**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself | |
|---|---|---|

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jennifer**<br>First name<br><br>**Lee**<br>Middle name<br><br>**Anderson**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0115 | |

Debtor 1    **Jennifer Lee Anderson**                                    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |

**5.    Where you live**

| About Debtor 1: | If Debtor 2 lives at a different address: |
|---|---|
| **5133 Antler Trail** <br> **Middleburg, FL 32068** <br> Number, Street, City, State & ZIP Code <br><br> **Clay** <br> County | _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |

**6.    Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. <br> Explain. (See 28 U.S.C. § 1408.) |

| Debtor 1 | Jennifer Lee Anderson | | Case number *(if known)* | |

---

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| Debtor | J and J Windows Installs, LLC | Relationship to you | |
| District | Middle District of Florida | When | 1/08/25 | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Jennifer Lee Anderson** | | Case number *(if known)* | |

---

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ ■ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ ■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
Number, Street, City, State & Zip Code

---

Debtor 1    **Jennifer Lee Anderson**                                         Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Jennifer Lee Anderson**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Jennifer Lee Anderson
_____        _____
**Jennifer Lee Anderson**                            Signature of Debtor 2
Signature of Debtor 1

Executed on    **January  8, 2025**                Executed on    _____
                    MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1   **Jennifer Lee Anderson**                                                              Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Aaron A. Wernick**                                    Date   **January  8, 2025**
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Aaron A. Wernick**
Printed name

**Wernick Law, PLLC**
Firm name

**2255 Glades Rd**
**Suite 324A**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561-961-0922**              Email address   **awernick@wernicklaw.com**

**14059 FL**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                          page 7

**Fill in this information to identify your case:**

Debtor 1      **Jennifer Lee Anderson**
           First Name                Middle Name            Last Name

Debtor 2
(Spouse if, filing)     First Name                Middle Name            Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number
(if known)

☐ Check if this is an
    amended filing

B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | **Unsecured claim** |
|---|---|---|

**1**

**Capital One**
**PO Box 60519**
**City of Industry, CA 91716-0519**

**What is the nature of the claim?**    Credit card purchases    $3,655.13

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Contact

Contact phone

**Does the creditor have a lien on your property?**

■   No
☐   Yes. Total claim (secured and unsecured)
        Value of security:    -
        Unsecured claim

**2**

**Cascade Financial**
**PO Box 15035**
**Chandler, AZ 85244**

**What is the nature of the claim?**    **Mortgage - 5133 Antler Trail Middleburg, FL 32068 Clay County Mobile Home**    $59,682.67

**As of the date you file, the claim is:** Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**
☐   No

Debtor 1    **Jennifer Lee Anderson**                    Case number *(if known)*

| | |
|---|---|
| Contact | ■ Yes. Total claim (secured and unsecured)    **$179,682.67** |
| | Value of security:    - **$120,000.00** |
| Contact phone | Unsecured claim    **$59,682.67** |

---

**3**

**Chase Bank**
**PO Box 1423**
**Charlotte, NC 28201-1423**

**What is the nature of the claim?**    **Credit card purchases**    **$1,252.38**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact                                                          Value of security:    -

Contact phone                                                Unsecured claim

---

**4**

**Christopher Spivey**
**c/o Richard Celler Legal, PA**
**7951 SW 6th St, Ste 316**
**Fort Lauderdale, FL 33324**

**What is the nature of the claim?**    **Pending Labor lawsuit in USDC, Middle District of Florida, Jacksonville - Claim is estimated**    **$250,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact                                                          Value of security:    -

Contact phone                                                Unsecured claim

---

**5**

**Florida Credit Union**
**PO Box 5549**
**Gainesville, FL 32627-5549**

**What is the nature of the claim?**    **2020 Ford F250 220,000 miles VIN: 1FT8W2BT5LEC09200**    **$16,604.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    **$31,604.00**

Contact                                                          Value of security:    - **$15,000.00**

---

| Debtor 1 | **Jennifer Lee Anderson** | Case number *(if known)* | |
|---|---|---|---|
| | Contact phone | Unsecured claim | **$16,604.00** |

---

**6**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**   **Taxes for 2022**   **$12,267.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -_____
   Unsecured claim   _____

Contact

Contact phone

---

**7**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**What is the nature of the claim?**   **Taxes for 2023**   **$10,526.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -_____
   Unsecured claim   _____

Contact

Contact phone

---

**8**

**Joshua Spivey**
**c/o Richard Celler Legal, PA**
**7951 SW 6th St, Ste 316**
**Fort Lauderdale, FL 33324**

**What is the nature of the claim?**   **Pending Labor lawsuit in USDC, Middle District of Florida, Jacksonville - Claim is estimated**   **$250,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:   -_____
   Unsecured claim   _____

Contact

Contact phone

---

**9**

**Service Finance Company LLC**
**PO Box 645566**
**Cincinnati, OH 45264-5566**

**What is the nature of the claim?**   **Central Air and Heat**   **$3,628.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent

---

Debtor 1   **Jennifer Lee Anderson**                          Case number *(if known)*

☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    -
      Unsecured claim

---

**10**

**Tax Collector of Clay County**
**PO Box 218**
**Green Cove Springs, FL 32043**

**What is the nature of the claim?**   **Final Judgment ORB 3672 Pages 2090-2100**   $1,138.58

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    -
      Unsecured claim

Contact

Contact phone

---

**11**

**Tax Collector of Clay County**
**PO Box 218**
**Green Cove Springs, FL 32043**

**What is the nature of the claim?**   **Final Judgment ORB 3672 Pages 2090-2100**   $1,035.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
      Value of security:                    -
      Unsecured claim

Contact

Contact phone

---

**12**

**Tax Collector of Clay County**
**PO Box 218**
**Green Cove Springs, FL 32043**

**What is the nature of the claim?**   **Final Judgment ORB 3672 Pages 2090-2100**   $893.41

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No

Debtor 1    **Jennifer Lee Anderson**                                Case number *(if known)* _____

_____
Contact

☐    Yes. Total claim (secured and unsecured)    _____
           Value of security:                              - _____
           Unsecured claim                                _____

_____
Contact phone

---

**13**

**Tax Collector of Clay County**
**PO Box 218**
**Green Cove Springs, FL 32043**

**What is the nature of the claim?**    **Final Judgment ORB**    **$767.30**
                                         **3672 Pages 2090-2100**

**As of the date you file, the claim is:** Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**
■    No
☐    Yes. Total claim (secured and unsecured)    _____

_____
Contact
           Value of security:                              - _____
_____
Contact phone
           Unsecured claim                                _____

---

**14**

**Tax Collector of Clay County**
**PO Box 218**
**Green Cove Springs, FL 32043**

**What is the nature of the claim?**    **Final Judgment ORB**    **$659.72**
                                         **3672 Pages 2090-2100**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**
■    No
☐    Yes. Total claim (secured and unsecured)    _____

_____
Contact
           Value of security:                              - _____
_____
Contact phone
           Unsecured claim                                _____

---

**15**

**Wells Fargo SBL**
**PO Box 29482**
**Phoenix, AZ 85038-8650**

**What is the nature of the claim?**    **Credit card purchases**    **$7,275.11**
                                         **for business**

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**
■    No
☐    Yes. Total claim (secured and unsecured)    _____

_____
Contact
           Value of security:                              - _____
_____
Contact phone
           Unsecured claim                                _____

---

**16**

**What is the nature of the claim?**    **Credit card purchases**    **$5,677.49**
                                         **for business**

Debtor 1    **Jennifer Lee Anderson**                                    Case number *(if known)* _____

**Wells Fargo Signify Business**
**Essential Card**
**PO Bo 29482**
**Phoenix, AZ 85038-8650**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    - _____
        Unsecured claim                        _____

Contact _____
Contact phone _____

---

**17**

**Wells Fargo Signify Business**
**Essential Card**
**PO Bo 29482**
**Phoenix, AZ 85038-8650**

**What is the nature of the claim?**    **Credit card purchases**    **$3,712.23**
                                        **for business**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                    - _____
        Unsecured claim                        _____

Contact _____
Contact phone _____

---

**18**

**Westlake Financial Services**
**PO Box 76809**
**Los Angeles, CA 90076-0809**

**What is the nature of the claim?**    **2017 Ford F250**    **$1,733.60**
                                        **196000 miles**
                                        **VIN:**
                                        **1FT7W2BT4HEE45565**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$11,733.60**
        Value of security:                    - **$10,000.00**
        Unsecured claim                         **$1,733.60**

Contact _____
Contact phone _____

---

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Jennifer Lee Anderson**                          X _____
     **Jennifer Lee Anderson**                                 Signature of Debtor 2
     Signature of Debtor 1

Debtor 1     **Jennifer Lee Anderson**                                    Case number *(if known)* _____

Date     **January  8, 2025**                                    Date     _____

.

Jennifer Lee Anderson
5133 Antler Trail
Middleburg, FL 32068

Joshua Spivey
c/o Richard Celler Legal, PA
7951 SW 6th St, Ste 316
Fort Lauderdale, FL 33324


Aaron A. Wernick
Wernick Law, PLLC
2255 Glades Rd
Suite 324A
Boca Raton, FL 33431

M&T Bank
PO Box 900
Millsboro, DE 19966


Capital One
PO Box 60519
City of Industry, CA 91716-0519

M&T Bank
PO Box 619063
Dallas, TX 75261-9063


Cascade Financial
PO Box 15035
Chandler, AZ 85244

Service Finance Company LLC
PO Box 645566
Cincinnati, OH 45264-5566


Chase Bank
PO Box 1423
Charlotte, NC 28201-1423

Tax Collector of Clay County
PO Box 218
Green Cove Springs, FL 32043


Christopher Spivey
c/o Richard Celler Legal, PA
7951 SW 6th St, Ste 316
Fort Lauderdale, FL 33324

Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038-8650


Florida Credit Union
PO Box 5549
Gainesville, FL 32627-5549

Wells Fargo Signify Business
Essential Card
PO Bo 29482
Phoenix, AZ 85038-8650


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Westlake Financial Services
PO Box 76809
Los Angeles, CA 90076-0809


Joseph Kesler
5133 Antler Trail
Middleburg, FL 32068